United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROKU, INC.,<br>Petitioner,<br>v.<br>QUANTA COMPUTER INC.,<br>Respondent. | Case No. 26-cv-05911-VKD<br>**ORDER REQUESTING INFORMATION FROM PETITIONER RE PETITION TO COMPEL ARBITRATION**<br>Re: Dkt. No. 1 |

A petition to compel arbitration was filed on June 16, 2026, and the matter has been assigned to the undersigned. *See* Dkt. No. 1. The Court wishes to understand whether petitioner Roku, Inc. intends to file a noticed motion to compel arbitration pursuant to Civil Local Rule 7-2 or whether it intends to proceed on the basis of the petition alone. *See Bridgeport Mgmt., Inc. v. Lake Mathews Min. Props., Ltd.*, No. 14-cv-00070-JST, 2014 WL 953831, at *3 (N.D. Cal. Mar. 6, 2014) (discussing procedures for addressing petitions to compel arbitration).

The Court requests that Roku respond to this order by **June 25, 2026**.

**IT IS SO ORDERED.**

Dated: June 18, 2026

Virginia K. DeMarchi
Virginia K. DeMarchi
United States Magistrate Judge