United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROKU, INC.,
Petitioner,

v.

QUANTA COMPUTER INC.,
Respondent.

Case No. 26-cv-05911-VKD

**ORDER DIRECTING PETITIONER TO FILE STATUS REPORT RE SERVICE OF PROCESS**

Petitioner Roku, Inc. ("Roku") filed a petition to compel arbitration on June 16, 2026. Dkt. No. 1. Roku filed a motion to compel arbitration on June 18, 2026. Dkt. No. 16.

The deadline for respondent Quanta Computer Inc.'s ("Quanta") opposition to the motion to compel arbitration was July 2, 2026. *See* Civil L.R. 7-3(a). Quanta has not appeared in the action nor filed any response to the petition to compel arbitration or the motion to compel arbitration. The docket does not reflect whether Roku has served Quanta with the petition to compel arbitration or the motion to compel arbitration.

By **July 7, 2026**, Roku shall file a status report advising the Court of the status of service of the petition to compel arbitration and the motion to compel arbitration on Quanta.

**IT IS SO ORDERED.**

Dated: July 6, 2026

Virginia K. DeMarchi
Virginia K. DeMarchi
United States Magistrate Judge