UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROKU, INC.,

Petitioner,

v.

QUANTA COMPUTER INC.,

Respondent.

Case No. 26-cv-05911-VKD

**ORDER RE COMPLIANCE WITH JULY 6, 2026 ORDER, STAYING BRIEFING DEADLINES, VACATING HEARING, AND DIRECTING PETITIONER TO SERVE ORDER ON RESPONDENT**

Re: Dkt. No. 20

On June 16, 2026, petitioner Roku, Inc. ("Roku") filed a petition to compel arbitration. Dkt. No. 1. On June 18, 2026, Roku filed a motion to compel arbitration, noticing the motion for hearing on July 28, 2026. Dkt. No. 16. As respondent Quanta Computer Inc. ("Quanta") had not yet appeared in the action, on July 6, 2026, the Court entered an order directing Roku to file a status report advising the Court of the status of service of the petition to compel arbitration and the motion to compel arbitration on Quanta no later than July 7, 2026. Dkt. No. 20. The docket reflects that Roku did not file a status report.[1]

In the absence of any input from Roku, the Court stays all briefing deadlines related to the motion to compel arbitration and vacates the motion hearing scheduled for July 28, 2026. The Court will reset the briefing schedule and motion hearing after Quanta appears in this action.

Roku shall serve this order on Quanta by **July 10, 2026** and must promptly file proof of service thereafter.

[1] On July 7, 2026, Roku filed Quanta's waiver of service of summons. Dkt. No. 21.

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: July 8, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California