Collin J. Vierra (State Bar No. 322720)
**EIMER STAHL LLP**
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
(408) 889-1668
cvierra@eimerstahl.com

Christopher Bankler (appearance *pro hac vice*)
Devanshi Somaya (appearance *pro hac vice*)
Maggie Burreson (appearance *pro hac vice*)
**JACKSON WALKER LLP**
2323 Ross Ave., Suite 600
Dallas, Texas 75204
(214) 953-6000
cbankler@jw.com
dsomaya@jw.com
mburreson@jw.com

*Attorneys for Petitioner Roku, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ROKU, INC.,<br><br>Petitioner,<br>v.<br><br>QUANTA COMPUTER INC.,<br><br>Respondent. | Case No. 5:26-cv-05911-VKD<br><br>**PETITIONER ROKU, INC.'S STATUS REPORT**<br><br>Judge: Hon. Virginia K. DeMarchi |

Petitioner Roku, Inc. ("Roku") respectfully submits this status report in response to the Court's July 6, 2026 Order (Dkt. No. 20) and July 8, 2026 Order (Dkt. No. 22), which directed Roku to advise the Court on the status of service of the petition to compel arbitration and the motion to compel arbitration on Respondent Quanta Computer Inc. ("Quanta"). This status report is supported by the concurrently filed Declaration of Devanshi Somaya.

1. On June 16, 2026, Roku filed its petition to compel arbitration. Dkt. No. 1.

2. On June 18, 2026, Roku filed its motion to compel arbitration, noticing the motion for hearing on July 28, 2026. Dkt. No. 16.

3. On June 25, 2026, Roku sent counsel for Quanta a waiver of service form, all documents filed and appearing on the docket, including the Petition to Compel Arbitration, the Motion to Compel Arbitration, and a PDF of the docket current through June 25, 2026, and all other materials required by Fed. R. Civ. P. 4 and Civil L.R. 4-2 via email. Declaration of Devanshi Somaya in Support of Roku, Inc.'s Status Report ¶ 2.

4. On June 26, 2026, Roku re-sent counsel for Quanta the waiver of service form, all documents filed and appearing on the docket, including the Petition to Compel Arbitration, the Motion to Compel Arbitration, and a PDF of the docket current through June 25, 2026, and all other materials required by federal and local rules via email through a secure file link because the files were too large to send attached to the email. Decl. of D. Somaya ¶ 3.

5. On July 1, 2026, counsel for Quanta acknowledged they were able to download the files Roku provided via secure file link. Decl. of D. Somaya ¶ 4.

6. On July 6, 2026, the Court directed Roku to file a status report by July 7, 2026 regarding the status of service on Quanta. Dkt. No. 20.

7. On July 7, 2026, Roku filed Quanta's executed Waiver of the Service of Summons. Dkt. No. 21.

8. On July 8, 2026, the Court entered a further order staying all briefing deadlines related to the motion to compel arbitration, vacating the July 28, 2026 hearing, and

directing Roku to serve the July 8, 2026 Order on Quanta by July 10, 2026 and to promptly file proof of service. Dkt. No. 22.

9. On July 9, 2026, Roku provided Quanta a copy of the Court's July 6, 2026 Order, a copy of the Court's July 8, 2026 Order, and a current PDF of the docket via email. Decl. of D. Somaya ¶ 5.

10. Roku respectfully advises the Court it did not separately file the status report called for in the Court's July 6, 2026 Order by the July 7, 2026 deadline because counsel understood the July 7, 2026 filing of Quanta's executed waiver of service, Dkt. No. 21, to reflect the status of service. Roku apologizes to the Court for any inconvenience and submits this report to provide the requested information. Roku does not seek any relief that would prejudice Quanta and remains prepared to proceed on a schedule of the Court's choosing once Quanta appears.

Dated: July 9, 2026

Respectfully submitted,

/s/ Collin J. Vierra
Collin J. Vierra (State Bar No. 322720)
**EIMER STAHL LLP**
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
(408) 889-1668
cvierra@eimerstahl.com

Christopher Bankler (appearance *pro hac vice*)
Devanshi Somaya (appearance *pro hac vice*)
Maggie Burreson (appearance *pro hac vice*)
**JACKSON WALKER LLP**
2323 Ross Ave., Suite 600
Dallas, Texas 75204
(214) 953-6000
cbankler@jw.com
dsomaya@jw.com
mburreson@jw.com

*Attorneys for Petitioner Roku, Inc.*